# United States Court of Appeals
## For the First Circuit

No. 21-1804

UNITED STATES,

Appellee,

v.

EMMANUEL AKOTO, a/k/a Kofi,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on February 23, 2023, is amended as follows:

On page 6, line 22, "i.e." is replaced with "e.g."

On page 21, line 5, "id." is replaced with "925 F.3d"

On page 25, line 5, "multi-step" is replaced with "multistep"